IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY W. HYCHE | PLAINTIFF |
| v. | CAUSE NO. 1:19cv947-LG-RHW |
| TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC., FLEX-N-GATE OKLAHOMA, LLC, ALLEN AUTOMOTIVE, INC., and JOHN OR JANE DOES 1-10 | DEFENDANTS |

## ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF ALLEN AUTOMOTIVE INC.

**BEFORE THE COURT** is the plaintiff's [16] Motion for Voluntary Dismissal of his claims against Allen Automotive Inc. After reviewing the unopposed Motion and the record in this matter, the Court finds that the Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the plaintiff's [16] Motion for Voluntary Dismissal is **GRANTED**. The plaintiff's claims against Allen Automotive Inc. are **DISMISSED WITH PREJUDICE** with each party to bear its own costs. All other claims shall remain pending.

**SO ORDERED AND ADJUDGED** this the 20th day of March, 2020.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge